STATE, EX REL. C. A. SORENSEN, ATTORNEY GENERAL, V.
CITIZENS STATE BANK OF SUPERIOR, APPELLANT:
FIRST NATIONAL BANK OF KANSAS CITY, INTERVENER,
APPELLEE.

FILED NOVEMBER 21, 1930. No. 27396.

C. M. Skiles and I. D. Beynon, for appellant.

Ryland, Boys, Stinson, Mag & Thompson, Sloans, Keenan & Corbitt and Leslie C. Thurman, contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an appeal by the receiver of the Citizens State Bank of Superior from a judgment of the district court for Nuckolls county allowing intervener a preference based on certain drafts issued by defendant bank representing funds collected by said bank.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.